# EXHIBIT A

**From:** Waryjas, Jennifer C. <jwaryjas@jonesday.com>
**Sent:** Tuesday, January 5, 2021 5:18 PM
**To:** Farris, Charles <Charles.Farris@com.state.oh.us>
**Cc:** Lister, Kelli <Kelli.Lister@com.state.oh.us>; Mar, Amy <amy.mar@com.state.oh.us>; Wynne, Michael J. <mwynne@jonesday.com>
**Subject:** Anticipated AUP Litigation Naming Ohio

Good afternoon Charles,

There is an allegation against Lincoln Electric Holding Co, its transfer agent Computershare, and the State of Ohio that was filed on 12/22/2020. The complaint has not yet been served on Lincoln Electric (as of 1/5/2021) but was on Computershare – who shared a copy of the filing and I have attached it for your review. The State of Ohio is not named as a defendant, but the complaint contains allegations against the State regarding the escheat of shares.

Roger Merril brought this claim, alleging that his shares were erroneously escheated to the State of Ohio and then liquidated. I have reviewed the Computershare records, which show a last contact date of 10/26/2011, a due diligence letter mailed certified, return receipt to him on July 9, 2019 that was returned to sender, and the compliance filing escheating 11,900 shares to the State of Ohio in the 2019 report. Computershare had no contact from him until a 2020 phone call asking why he did not receive his dividend direct deposit payment (after the escheatment).

Based on the correspondence between Computershare and the owner's attorney, Mr. Merril has already claimed the value of the escheated shares from the State of Ohio.

I would greatly appreciate your team's availability to discuss how to proceed. My reading of Section 169.07(B) indicates that Lincoln Electric needs to notify the Ohio AUP Director of the legal proceedings for the State to step in, so I would like to make sure that we have all necessary pieces and can discuss further.

I can send the documents referenced (over secure file transfer), but will await your response to see if you need additional information. I look forward to speaking with you soon and appreciate your thoughts!

Kind regards,

Jen

Jennifer C. Waryjas
Senior Associate, State Tax Practice
**JONES DAY® - One Firm Worldwide℠**
77 W. Wacker Drive
Chicago, IL 60601
Office +1.312.269.4057
Cell +1.815.218.7493
Jwaryjas@jonesday.com