# EXHIBIT B

DAVE YOST
OHIO ATTORNEY GENERAL

Executive Agencies
Office 614-466-2980
Fax 614-728-9470

January 27, 2021

VIA Email: Jwaryjas@jonesday.com

Jennifer C. Waryjas
Jones Day
77 W. Wacker Drive
Chicago, IL 60601

Re. *Merrill v. ComputerShare, Inc.*., U.S. District Court for the Northern District of Ohio No. 1:20-cv-2822

Dear Ms. Waryjas:

We have reviewed your emails to Ms. Kelli Lister of the Division of Unclaimed Funds, as well as the materials you sent. The Director of the Ohio Department of Commerce declines to intervene and assume the defense of Lincoln Electric in the above-referenced lawsuit.

Very respectfully yours,

DAVE YOST
Ohio Attorney General

*Hilary R. Damaser/smh*

HILARY R. DAMASER
Assistant Attorney General
Executive Agencies
(614) 466-4543

HRD/smh