# EXHIBIT C

JONES DAY

325 JOHN H. MCCONNELL BOULEVARD, SUITE 600
COLUMBUS, OHIO 43215.2673
TELEPHONE: +1.614.469.3939 • FACSIMILE: +1.614.461.4198

DIRECT NUMBER: (614) 281-3865
MRGLADMAN@JONESDAY.COM

April 14, 2021

SENT VIA E-MAIL TO: HILARY.DAMASER@OHIOATTORNEYGENERAL.GOV

Ms. Hilary R. Damaser
Principal Assistant Attorney General
Office of Ohio Attorney General Dave Yost
30 East Broad Street, 26th Floor
Columbus, OH 43215

Re: (Roger Merril v. Computershare Inc. et al. _ Case: 1:20-cv-02822-DAP (United States District Court, Northern District of Ohio, Eastern Division)

Dear Hilary:

I am writing on behalf of Lincoln Electric Holding Co. to advise the Ohio Department of Commerce that on March 30, 2021, the district court dismissed without prejudice the legal proceedings in the above referenced Merril litigation because proof of service was not timely filed.

We appreciate your willingness to engage with us on these issues and understand from your April 8, 2021 email that the Department of Commerce asserted sovereign immunity and would not agree to enter an appearance and defend Lincoln Electric against the claims in the Merril litigation. We respectfully disagree with that assertion and reserve all our rights in that regard, including the right to resubmit a formal request under Ohio Revised Code Section 169.07(B) if the district court allows the plaintiff to complete service.

Kind regards,

*/s/ Michael R. Gladman*

Michael R. Gladman

cc: Mr. Peter Thomas