# EXHIBIT F

DAVE YOST
OHIO ATTORNEY GENERAL

Executive Agencies Section
Office 614-466-2980
Fax 614-728-9470

July 9, 2021

VIA Email: mrgladman@JonesDay.com

Michael R. Gladman
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215

Re. *Merrill v. Lincoln Electric Holdings Inc./Computershare, Inc.*, U.S. District Court for the Northern District of Ohio No. 1:21-cv-811

Dear Mr. Gladman,

We have reviewed your letter addressed to Director Sheryl Maxfield of the Department of Commerce, as well as the materials you sent in the previous matter of *Merrill v. Lincoln Electric Holdings Inc./Computershare, Inc.*, U.S. District Court for the Northern District of Ohio No. 1:20-cv-811. The Director of the Department of Commerce declines to intervene and assume the defense of Lincoln Electric and Computershare in the above-referenced lawsuit.

Sincerely,

DAVE YOST
Ohio Attorney General

*Natasha Natale /smh*
*Eythan Gregory /smh*

Natasha Natale
Eythan Gregory
Assistant Attorneys General
Executive Agencies
30 East Broad Street, 26th Floor
Columbus, OH 43215
Natasha.natale@ohioAGO.gov
eythan.gregory@ohioAGO.gov