IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER MERRIL, | ) | Case No. 1:21-cv-0811 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| LINCOLN ELECRIC HOLDINGS, INC., *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

On June 1, 2022, the Court settled this case during a Zoom status conference. Accordingly, this case is dismissed with prejudice, with parties to bear their own costs. Notice by the Clerk of Courts is hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

Dated: June 8, 2022

*s/Dan Aaron Polster*
United States District Judge